AO 455(Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | WAIVER OF INDICTMENT |
|---|---|
| v. | |
| MARCO ANTONIO ROMAN-SERRANO | CASE NUMBER: 08 CR 1422-W |

    I, <u>MARCO ANTONIO ROMAN-SERRANO</u>, the above named defendant, who is accused committing the following offense:

    Title 8, U.S.C., Sec. 1325 - Illegal Entry (Misdemeanor); Title 8, U.S.C., Sec. 1325 - Illegal Entry (Felony); Title 8, U.S.C., Sec. 1325 - Illegal Entry (Felony),

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on May 6, 2008 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

x _____
    Defendant

_____
Counsel for Defendant

**FILED**
MAY - 6 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Before _____
    JUDICIAL OFFICER