# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | ) | CASE NUMBER  08CR1422-W |
|---|---|---|
| vs | ) | ABSTRACT OF ORDER |
| | ) | Booking No. 08089298 |
| Marco Antonio Roman-Serrano | ) | |

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

Be advised that under date of  June 20, 2008
the Court entered the following order:

_____ Defendant be released from custody.

_____ Defendant placed on supervised / unsupervised probation / supervised release.

_____ Defendant continued on supervised / unsupervised probation / supervised release and released from custody.

_____ Defendant released on $_____ bond posted.

_____ Defendant appeared in Court. FINGERPRINT & RELEASE.

_____ Defendant remanded and ( _____ bond) ( _____ bond on appeal) exonerated.

_____ Defendant sentenced to TIME SERVED, supervised release for _____ years.

_____ c.c. judgment Court of Appeals ( \_\_\_\_\_ affirming) ( \_\_\_\_\_ reversing) decision of this Court:
_____ dismissing appeal filed.

_____ Bench Warrant Recalled.

_____ Defendant forfeited collateral.

✓ Case Dismissed.

_____ Defendant to be released to Pretrial Services for electronic monitoring.

✓ Other. Dft. indicted in new case - 08CR1908-W

**NITA L. STORMES**
UNITED STATES MAGISTRATE JUDGE

OR

W. SAMUEL HAMRICK, JR.    Clerk
by  J. Perrault
                    Deputy Clerk

Received _____
         DUSM

Crim-9   (Rev 6-95)

**G. PERRAULT**

☆ U.S. GPO: 1996-783-398/40151

CLERK'S COPY