**FILED**
JUN 2 4 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                        Plaintiff,<br><br>    vs.<br><br>MARCO ANTONIO ROMAN-SERRANO,<br><br>                        Defendant. | CASE NO. 08CR1422-W<br><br>JUDGMENT OF DISMISSAL<br><br>**FILED**<br>JUN 2 7 2008<br>CLERK, U.S. DISTRICT COURT<br>SOUTHERN DISTRICT OF CALIFORNIA<br>BY _____ DEPUTY |

      IT APPEARING that the defendant is now entitled to be discharged for the reason that:

**X**    an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___ the Court has dismissed the case for unnecessary delay; or

___ the Court has granted the motion of the Government for dismissal; or

___ the Court has granted the motion of the defendant for a judgment of acquittal; or

___ a jury has been waived, and the Court has found the defendant not guilty; or

___ the jury has returned its verdict, finding the defendant not guilty;

___ of the offense(s) of:

      IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: JUNE 20, 2008

                                        NITA L. STORMES
                                        UNITED STATES MAGISTRATE JUDGE

I have executed within Judgment of dismissal
~~Judgement and Commitment~~ on 6/24/08      ENTERED ON _____
United States Marshal
By: _____
USMS Criminal Section